```
 1
 2
 3
 4
 5
 6
 7
 8                     IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10  JAMES R. FEATHERSTONE,
11           Plaintiff,                  No. 2:08-cv-2354-JFM (PC)
12      vs.
13  PERRY RENIFF, Sheriff, et al.,
14           Defendants.                 ORDER
15  _____/
16           Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil
17  rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed two motions for an extension of
18  time to file a second amended complaint pursuant to the court's order of April 24, 2009. Good
19  cause appearing, the motions will be granted.
20           Plaintiff has also moved for the appointment of counsel. The United States
21  Supreme Court has ruled that district courts lack authority to require counsel to represent
22  indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298
23  (1989). In certain exceptional circumstances, the court may request the voluntary assistance of
24  counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir.
25  1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the
26  /////
                                              1
```

court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's May 14, 2009 and May 21, 2009 motions for an extension of time are granted;

2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint; and

3. Plaintiff's May 21, 2009 motion for appointment of counsel is denied.

DATED: May 26, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
feat2354.36