IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES R. FEATHERSTONE,

       Plaintiff,                  No. 2:08-cv-2354 JFM (PC)

   vs.

PERRY RENIFF, Sheriff, et al.,

       Defendants.             ORDER

_____/

       Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's October 28, 2009 motion for the appointment of counsel is denied.

DATED: November 11, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
feat2354.31