IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES R. FEATHERSTONE,

        Plaintiff,                      No. 2:08-cv-2354-JFM (PC)

    vs.

PERRY RENIFF, Sheriff, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed August 21, 2009, the United States Marshal was ordered to serve process on defendant Matthew Cate. On January 20, 2010, the United States Marshal filed a waiver of service signed on behalf of defendant Cate. Pursuant to that waiver, a response to plaintiff's second amended complaint was due on or before February 16, 2010. On February 12, 2010, defendant Cate filed a request for a fourteen day extension of time to file a response to the second amended complaint. Good cause appearing, the request will be granted.

        On February 9, 2010, plaintiff filed a request for information concerning the deadline for filing a responsive pleading in this action. Plaintiff is informed that the court cannot provide legal advice to litigants. Plaintiff's request will therefore be disregarded. On February

1

17, 2010 plaintiff filed a motion for entry of default. Defendant Cate has timely filed a request for extension of time to file a responsive pleading which will be granted by this order. Accordingly, plaintiff's motion for entry of default will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendant Cate's February 12, 2010 request for extension of time is granted;

2. Defendant Cate is granted an extension of time until March 2, 2010 to file and serve a response to plaintiff's second amended complaint; and

3. Plaintiff's February 17, 2010 motion for entry of default is denied.

DATED: February 23, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
feat2354.ext